IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID MCMAHON, STEVEN LITTLEFIELD, AND THE TEXAS DIVISION, SONS OF CONFEDERATE VETERANS, INC.,<br>  *Plaintiffs*,<br><br>v.<br><br>GREGORY L. FENVES, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF TEXAS AT AUSTIN,<br>  *Defendant*. | § § § § § § § § § § § § | Civil Action No. 1:17-CV-00822-LY |

## JOINT ADVISORY TO THE COURT

TO THE HONORABLE JUDGE LEE YEAKEL:

  Counsel have conferred to resolve this matter without undue expense to the parties, their counsel, and the Court. UT Austin contends Plaintiffs lack standing to assert their claims. Plaintiffs allege urgent action is needed to avoid irreparable harm. In order to allow the orderly disposition of the legal issues in this case, The University will maintain the *status quo* with respect to the monuments, statues, and/or plinths of the South Mall covered by Plaintiff's lawsuit until the Court has ruled on Defendant's forthcoming Motion to Dismiss. The parties will not engage in discovery and respectfully request that the Court delay issuance of a scheduling order until ruling on Defendant's motion. For these reasons, no injunction hearing or restraining order is required or sought at this time.

Respectfully submitted.

| | |
|---|---|
| */s/ w/ permission*<br>Kirk David Lyons<br>Attorney at Law<br>Texas Bar No. 12743500<br>P.O. Box 1235<br>Black Mountain, North Carolina 28711<br>(828) 6689-5189<br>FAX: (828) 669-5191<br>kdl@slrc-csa.org<br><br>***Attorney for Plaintiffs*** | KEN PAXTON<br>Attorney General of Texas<br><br>JEFFREY C. MATEER<br>First Assistant Attorney General<br><br>BRANTLEY STARR<br>Deputy First Assistant Attorney General<br><br>JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation<br><br>ANGELA V. COLMENERO<br>Chief, General Litigation Division<br><br>*/s/ Carl Myers*<br>H. CARL MYERS<br>Texas Bar No. 24046502<br>SUSAN M. WATSON<br>Texas Bar No. 24061066<br>MICHAEL R. ABRAMS<br>Texas Bar No. 24087072<br>Assistant Attorneys General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 936-1534 | FAX: (512) 320-0667<br>carl.myers@oag.texas.gov<br>susan.watson@oag.texas.gov<br>michael.abrams@oag.texas.gov<br><br>***Attorneys for Defendant*** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been sent by electronic notification through ECF by the United States District Court, Western District of Texas, Austin Division, on August 30, 2017 to:

Kirk David Lyons
Attorney at Law
P.O. Box 1235
Black Mountain, North Carolina 28711

*Attorney for Plaintiffs*

                                         */s/ Carl Myers*
                                         H. CARL MYERS
                                         Assistant Attorney General