IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID MCMAHON, STEVEN LITTLEFIELD, AND THE TEXAS DIVISION, SONS OF CONFEDERATE VETERANS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> GREGORY L. FENVES, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF TEXAS AT AUSTIN, <br><br> *Defendant.* | § § § § § § § § § § § § § § § § | Civil Action No. 1:17-CV-00822-LY |

## PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs David McMahon, Steven Littlefield, and the Texas Division, Sons of Confederate Veterans, Inc., respectfully file this Unopposed Motion to Withdraw Motion for Preliminary Injunction (Dkt. 9).

After Plaintiffs filed their Motion for Preliminary Injunction, the parties conferred and are in agreement that the Motion is, at this time, moot in light of their agreement to maintain the *status quo* pending resolution of Defendant's forthcoming motion to dismiss (*See* Joint Advisory, Dkt. 6); and a misinterpretation of the Clerk's instructions regarding the filing of motions related to the Amended Complaint. Accordingly, Plaintiffs request that the Court grant this Unopposed Motion to Withdraw Motion for Preliminary Injunction.

Respectfully Submitted,

1

By: _____/S/_____
KIRK DAVID LYONS
Texas Bar No. 127 43500
Federal Admission No. 84 72
P.O. Box 1235
Black Mountain, N.C. 28711
E-mail kdl@slrc-csa.org
Tel. (828) 669-5189
Fax (828) 575-5290

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by electronic notification through ECF by the United States District Court, Western District of Texas, Austin Division, on September __, 2017, to:

H. CARL MYERS
SUSAN M. WATSON
MICHAEL R. ABRAMS
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

*Attorneys for Defendant*

_____/S/_____
Kirk David Lyons
Attorney for Plaintiffs