IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 OCT -2 PM 1:52
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

| | |
|---|---|
| DAVID MCMAHON, STEVEN LITTLEFIELD, AND THE TEXAS DIVISION, SONS OF CONFEDERATE VETERANS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY L. FENVES, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF TEXAS AT AUSTIN, <br><br> *Defendant*. | § § § § § § § § § § § § § § Civil Action No. 1:17-CV-00822-LY |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION

Before the court is the Unopposed Motion to Withdraw Motion for Preliminary Injunction [Dkt. 9]. Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unopposed Motion to Withdraw Motion for Preliminary Injunction [Dkt. 9] is hereby **GRANTED**.

~~_____~~ Plaintiffs' Motion for Preliminary Injunction [Dkt. 9]. *is deemed withdrawn*

SIGNED this _2nd_ day of _October_, 2017.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE