IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 JUN 25  PM 2: 49

| | | |
|---|---|---|
| DAVID MCMAHON, STEVEN LITTLEFIELD, AND THE TEXAS DIVISION, SONS OF CONFEDERATE VETERANS, INC., <br> PLAINTIFFS, <br> V. <br><br> GREGORY L. FENVES, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERSITY OF TEXAS AT AUSTIN, <br> DEFENDANT. | § § § § § § § § § § § § § | CAUSE NO. 1:17-CV-822-LY |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this same date, the court rendered an order dismissing this case without prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

**IT IS FURTHER ORDERED** that Gregory L. Fenves, in his Official Capacity as President of the University of Texas at Austin recover his costs of court from David McMahon, Steven Littlefield, and the Texas Division, Sons of Confederate Veterans, Inc.

SIGNED this 25th day of June, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE