# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS,
# AUSTIN DIVISION

| | | |
|---|---|---|
| David McMahon; Steven Littlefield; and the Texas Division, Sons of Confederate Veterans, Inc., *Plaintiffs,* | § § § § § § § § § § § § § | |
| v. | | 1:17-CV-00822-LY |
| Gregory Fenves, In His Official Capacity as President of the University of Texas at Austin, *Defendant.* | | |

## PLAINTIFFS' AMENDED NOTICE OF APPEAL

Notice is hereby given that David Paul McMahon, David Steven Littlefield and the Texas Division, Sons of Confederate Veterans, Inc. plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from an order denying Plaintiff's motion for reconsideration of a FINAL JUDGMENT order (entered by the Court on 25 JUN 2018) and denying plaintiff's leave to file an amended complaint that was entered in this action on the 2nd day of August, 2018.

Respectfully submitted on this 29th of August 2018.

/s/ KIRK DAVID LYONS
Texas Bar No. 12743500
P.O. Box 1235
Black Mountain, N.C. 28711
Tel. (828) 669-5189
Fax (828) 575-5290
kdl@slrc-csa.org

## CERTIFICATE OF SERVICE

      I certify that on 29th day of August , 2018, a copy of Plaintiffs' Notice of Appeal was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for defendant, Gregory Fenves.

H. Carl Myers  
Office of the Attorney General  
P.O. Box 12548  
Austin, TX 78711  
Tel. (512) 475-4103  
FAX (512) 320-0667  
carl.myers@oag.texas.gov